Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
_____ District of Arizona
_____ Division

FILED / RECEIVED / LODGED / COPY
MAR 23 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Brandi Shakia Smith
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Gail Chase, Nicole Bosco, Linda Wiley, Kimberly Romero
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV-22-459-PHX-DWL
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Brandi Shakia Smith
   Street Address: 8400 West Virginia Avenue Apt 2114
   City and County: Phoenix, Maricopa County
   State and Zip Code: Arizona 85037
   Telephone Number: (623) 221-6976
   E-mail Address: Brandishakiasmith@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: Gail Chase
- Job or Title (if known): Chief Operating Officer (COO)
- Street Address: 1226 N. Tamiami TRL., #302
- City and County: Sarasota, Sarasota County
- State and Zip Code: Florida 34236
- Telephone Number: (941) 552-3263
- E-mail Address (if known): gchase@freedomsenior.com

Defendant No. 2
- Name: Nicole Bosco
- Job or Title (if known): Human Resources Director (HR Director)
- Street Address: 3600 William Penn Way
- City and County: Venice, Sarasota County
- State and Zip Code: Florida 34293
- Telephone Number: (941) 552-3278
- E-mail Address (if known): nbosco@freedomsenior.com

Defendant No. 3
- Name: Linda Wiley
- Job or Title (if known): Executive Director
- Street Address: 5401 West Dailey Street
- City and County: Sarasota, Sarasota County
- State and Zip Code: Arizona 85306
- Telephone Number: (602) 938-0414
- E-mail Address (if known): Lwiley@thunderbirdsenior.com

Defendant No. 4
- Name: Kimberly Romero
- Job or Title (if known): Human Resources Director
- Street Address: 5401 West Dailey Street
- City and County: Sarasota, Sarasota County
- State and Zip Code: Arizona 85306
- Telephone Number: (602) 723-8835
- E-mail Address (if known): Kromero@thunderbirdsenior.com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.** **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Freedom Senior Management |
| Street Address | 3600 William Penn Way |
| City and County | Venice, Sarasota County |
| State and Zip Code | Florida 34293 |
| Telephone Number | (941) 954-1111 |

**II.** **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)* :

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Privacy Act of 1974, as amended, 5 U.S.C. 552a.

☑ Relevant state law *(specify, if known)*:
A.R.S. 36-502

☑ Relevant city or county law *(specify, if known)*:
A.R.S. 36-506

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each involved and what each defendant did that caused the plaintiff harmor violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**March 29, 2018, and April 4, 2018**

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  **(bipolar disorder)**

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV.   Exhaustion of Federal Administrative Remedies**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_March 30, 2018_

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.
☐   less than 60 days have elapsed.

**V.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

On (or about) March 1, 2018, I made a verbal complaint about a domestic animal's inability to provide emotional support because its requirement for supervision in my office of employment deterred me from participating in the essential services of my job's duties (such as culinary arts activities) as an Activities Assistant. Freedom Senior Management's Human Resources Director (named Kimberly Romero) was the dog's owner. I documented visual evidence [in a photo] of the non-service animal's required need for supervision in my office of employment on one occasion at Thunderbird Senior Living.

After I complained about the unequal terms and conditions of my employment, Freedom Senior Management's Human Resources Director (Kimberly Romero) demonstrated an effort to limit my communication with Thunderbird Senior Living's staff by the verbal use of coercive force (as intimidation). I have evidence of the Human Resources Director's unreasonable demands that she made as an act of malice, and retaliation. Her statements were also recorded on my personal cell phone.

On March 10, 2018, Freedom Senior Management's Arts and Leisure Director (named Valerie Leethip) posted a notice of Thunderbird Senior Living's schedule change (on a calendar labeled March). Freedom Senior Management also supported the hiring of two new Activities Assistants while I qualified for full time employment at Thunderbird Senior Living. On (or about) March 13, 2018, I requested to speak to an officer from the Glendale Police Department to report Kimberly Romero's harassment outside of the work place (in a public setting). For an unknown reason, the City of Glendale issued my (Public Records) incident report as a victim of a crime on a later date. After Freedom Senior Management was charged with disability discrimination and retaliation, the Defendant(s) introduced evidence of their insufficient claims regarding Kimberly Romero's actions that occurred on March 14, 2018 and documented the Human Resources Director's statements on a form (labeled as January 9, 2019) for the legal purpose of investigation by the U.S. Equal Employment Opportunity Commission's Phoenix District Office. I do not recall making any physical or social contact with any of Thunderbird Senior Living's employees on (or about) March 14, 2018 because I was hospitalized for severe emotional distress. Freedom Senior Management's Human Resources Director (Kimberly Romero) received a note from my medical provider that was requested on March 16, 2018 (as evidenced by the text messages that I received on my personal cell phone) and proceeded to deny my privilege to return to work after my hospitalization.

On March 29, 2018, Freedom Senior Management's discriminatory principles placed an undue burden on my ability to obtain an imposition of restrictions that were directly related to my existing condition after being treated at a hospital. My ability to return to work was also affected by the Human Resources Director's continued acts of retaliation against me and resulted in my lack of opportunity to resume my profession as an Activities Assistant (in Glendale, Arizona) which is a violation of the Americans with Disabilities Act of 1990, as amended. As the Plaintiff, I, Brandi Shakia Smith, am entitled to reclaim my lost wages from Freedom Senior Management as compensation for the punitive money damages that accumulated between March 30, 2018 and April 16, 2018 at the adjusted rate of minimum wage in the State of Arizona ($10.50). Freedom Senior Management's Chief Operating Officer (named Gail Chase) and Freedom Senior

Management's Executive Director (named Linda Wiley) were subjected to (a document of my appointment information) and witnessed the Human Resources Director's false implementation of work-related restrictions without any contractual arrangement or agreement with my medical provider to obtain (any record of a release) of my medical information (on April 4, 2018). The Defendant(s) continued demonstrations of negligence resulted in a complete reduction of my hours of employment at Thunderbird Senior Living while I qualified for full time employment on a weekly basis. Any person who knowingly and willfully requests or obtains any record concerning an individual from an agency under false pretenses shall be guilty of a misdemeanor and fined not more than $5,000 (pursuant to the Privacy Act of 1974 as amended, 5 U.S.C. 552a). As the Plaintiff, I, Brandi Shakia Smith, formally ask the court to grant injunctive relief (on my behalf) in the amount of $150,000 and request an order of a maximum monetary penalty against Freedom Senior Management for the Defendant(s) subsequent violation of The Americans with Disabilities Act of 1990, as amended, based on my actual damages that resulted in a reduction in my hours of employment at Thunderbird Senior Living while in compliance with my medical provider's outpatient care procedures (pursuant to A.R.S. 36-502) as evidenced by my treatment plan for my existing documented emotional disability (Terros Transition/Termination Outcomes Summary).

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/23/2022

Signature of Plaintiff   *Brandi Shakia Smith*
Printed Name of Plaintiff   Brandi Shakia Smith

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____